# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREEN ANDERSON, | Case No. 2:18-cv-02173-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER OF DISQUALIFICATION** |
| UNITED STATES, et al., | |
| Defendants. | |

Plaintiff Kareen Anderson moves to disqualify the undersigned from serving as the United States magistrate judge in this case. (Mot. to Disqualify (ECF No. 8).) The court disagrees with Anderson's contention that the undersigned is biased against him. Nevertheless, because the undersigned presided over the detention proceedings in Anderson's criminal case—from which most of the claims in this case arise—it is possible that the undersigned has personal knowledge of disputed evidentiary facts concerning this case. 28 U.S.C. § 455(b)(1) (stating that a judge must disqualify himself if "he has personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding"). To avoid the appearance of impropriety, the undersigned will disqualify himself from this case.

IT IS THEREFORE ORDERED that plaintiff Kareen Anderson's motion for disqualification (ECF No. 8) is GRANTED. This matter is referred to the clerk of court for random reassignment to another magistrate judge.

DATED: March 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE