# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kareen Anderson,

      Plaintiff

v.

United States of America,

      Defendant

Case No. 2:18-cv-02173-JAD-GWF

**Order**

[ECF No. 11]

      Pro se federal prisoner Kareen Anderson brings this *Bivens* action to challenge his arrest, prosecution, and pretrial-detention conditions.[1]  Since his original application to proceed *in forma pauperis* was denied as incomplete,[2] he has filed a number of additional motions.  His most recent motion is entitled "Motion Styled Letter Requesting Correspondence by this Court pursuant to LR IA 7-1(a) for the Case Related Matters Presented."[3]  He notes that his case has been pending for more than 90 days and insists that it is ripe for ruling.

      The court notes the receipt of Mr. Anderson's LR IA 7-1(a) correspondence [ECF No. 11].  It assures Mr. Anderson that the court is well aware of his case and his pending motions.  Due to this court's large case load, however, it takes more than 90 days for cases and most motions to be resolved.  Mr. Anderson's case and pending motions will be resolved in due course and as quickly as possible.  However, much remains to be done before—as Mr. Anderson

---

[1] ECF No. 1-1.

[2] ECF No. 4.

[3] ECF No. 11.

suggests—his case is "ripe for the rule." The court still must screen his complaint as required by 28 U.S.C. § 1915, and only if it survives screening will it be directed to be served. Because of the high number of prisoner cases in this district, screening takes many months.

Dated: May 17, 2019

_____ _____
U.S. District Judge Jennifer A. Dorsey