UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREEN ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-02173-JAD-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Response Opposin[g] Defendant's Motion to Dismiss. ECF No. 94. Plaintiff is an inmate in a federal correctional facility in California. His Motion seeks a two-week extension of time to supplement his Opposition to Defendants' Motion to Dismiss "if needed" as legal mail has taken longer than usual to reach him during the COVID-19 pandemic. *Id*. at 1. However, Plaintiff filed his Opposition, which is docketed as ECF No. 93. Plaintiff does not tell the Court what specifically he needs to provide by way of supplementation to his Opposition. As such, there is no basis before the Court upon which to grant the extension requested.

　　　　Plaintiff also seeks an unspecified extended period of additional time to file his Opposition to Defendants' Motion for Summary Judgment because he has been restricted from using the Law Library while quarantined. *Id*. at 6. With good cause appearing, the Court grants Plaintiff a two-week extension from the present due date of this Opposition to respond to Defendants' Motion for Summary Judgment.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF No. 94) is GRANTED in part and DENIED in part.

　　　　IT IS FURTHER ORDERED that Plaintiff's Motion is GRANTED to the extent he shall have up until and through **October 19, 2020** to file his Opposition to Defendants' Motion for Summary Judgment.

1    IT IS FURTHER ORDERED that Plaintiff's Motion is DENIED **without prejudice** to the extent he seeks to supplement his Opposition to Defendants' Motion to Dismiss.

DATED this 1st day of October, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE