# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kareen Anderson,

    Plaintiff

v.

United States of America, et al.,

    Defendants

Case No.: 2:18-cv-02173-JAD-EJY

**Order Adopting Report & Recommendation and Denying Motion**

[ECF No. 74]

In this civil-rights case, Magistrate Judge Elayna Youchah has considered Plaintiff Kareen Anderson's motion to stay these proceedings[1] and recommends that I deny it.[2]  The deadline for any party to object to that recommendation was September 28, 2020, and no party filed anything.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 90] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that Anderson's motion to stay **[ECF No. 74] is DENIED.**

                                    _____
                                    U.S. District Judge Jennifer A. Dorsey
                                    Dated: October 1, 2020

---

[1] ECF No. 74.

[2] ECF No. 90.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).